IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT D. POPE SR., BARBARA J. POPE, ROBERT D. POPE JR., and RYAN D. POPE, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV438 |
| v. | ) ) ) | |
| NP DODGE CORPORATE OFFICE, JOHN KINNEY, and JOSH LIVINGSTON, Rep, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiffs Robert D. Pope Sr., Barbara J. Pope and Ryan D. Pope, non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. (Filing Nos 2, 3, 4.) Upon review of Plaintiffs' Motions, the court finds that Plaintiffs Robert D. Pope Sr., Barbara J. Pope and Ryan D. Pope are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiffs Robert D. Pope Sr., Barbara J. Pope and Ryan D. Pope are advised that the next step in his case will be for the court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

DATED this 27th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge