IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT D. POPE SR., BARBARA J. POPE, ROBERT D. POPE JR., and RYAN D. POPE, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV438 |
| v. | ) ) ) | |
| NP DODGE CORPORATE OFFICE, JOHN KINNEY, and JOSH LIVINGSTON, Rep, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Before the court is Plaintiff Robert D. Pope, Jr.'s motion to proceed in forma pauperis (filing no. 8). Plaintiff is employed and makes approximately $3,500 monthly, which he calculates to be $2,800 per month after taxes. He does not mention expenses that would impact on his ability to pay the relatively modest filing fee associated with filing a claim in federal court. Therefore,

IT IS ORDERED that:

(1) Plaintiff Robert D. Pope, Jr.'s motion to proceed in forma pauperis (filing no. 8) is denied.

(2) Plaintiff Robert D. Pope, Jr. shall pay the $400.00 filing fee within 30 days of the date of this order.

(3) Failure to comply with this Memorandum and Order will result in Plaintiff Robert D. Pope, Jr. being dismissed from this matter without further notice.

(4) The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: November 30, 2016: deadline for Plaintiff Robert D. Pope, Jr. to pay $400.00 filing fee.

DATED this 31st day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge